HEDEWIG KRIETE, Respondent, v. THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

*Kriete* v. *N. Y. & Harlem R. R. Co.*, 67 App. Div. 620, reversed.
(Argued May 21, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place* and *Thomas Emery* for appellants.

*James C. Bushby* and *Henry G. Atwater* for respondent.

*Per Curiam.* We decide on authority of the *Fries Case* (169 N. Y. 270), and the *Muhlker Case* (173 N. Y. 549), that under the statute requiring the structure complained of the plaintiff has no remedy against this defendant.

The constitutionality of the statute being questioned we hold (1) that it does not violate the State Constitution, (2) that it does not offend against that provision of the 14th amendment of the Federal Constitution providing that a person shall not be deprived of property without due process of law, and (3) that it does not contravene section 10 of article 1 of the Federal Constitution forbidding the impairment of the obligation of a contract.

The judgment should be reversed and the complaint dismissed, without costs.

PARKER, Ch. J., O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ., concur; GRAY, J., not sitting.

Judgment reversed, etc.